AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

In Re: Subpoena Issued to Jonathan Stryker Corp. et al.

Plaintiff (s),

V.

Benny Hagag et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-mc-80189-HSG

Notice is hereby given that, subject to approval by the court, Howmedica Osteonics Corp, and Stryker Employment Company, LLC substitutes
(Party (s) Name)

D. Shayon Ghosh , State Bar No. 313628 as counsel of record in
(Name of New Attorney)

place of David Horniak (SBN 268441) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Williams & Connolly (unchanged)
Address: 680 Maine Avenue SW, Washington, DC 20024
Telephone: (202) 434-5047      Facsimile (202) 434-5029
E-Mail (Optional): sghosh@wc.com

I consent to the above substitution.

Date: 10/3/2022

Dari Bargy
/s/ *Dari Craven Bargy*
(Signature of Party (s))

I consent to being substituted.

Date: 10/3/2022

David Horniak
/s/ *David Horniak*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/3/2022

/s/ *D. Shayon Ghosh*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/4/2022

*Haywood S. Gilliam Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]